# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 19, 2022

## NO. 03-22-00010-CV

### In re M. L.

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on December 9, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.